Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
JACK A. KLAUSCHIE JR, ESQ. (SBN 94029)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
Email: rlinkert@mathenysears.com
       jklauschie@mathenysears.com

Attorneys for Defendant, BROAN-NUTONE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE A/S/O/ ISIDRO VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-02074-MCE-DMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF, FIRE INSURANCE EXCHANGE, AND DEFENDANT, BROAN-NUTONE, LLC, AND ORDER OF DISMISSAL**<br><br>[FRCP 41(a)]<br><br>Judge: Hon. Morrison C. England<br>Magistrate Judge: Hon. Dennis M. Cota |

## **RECITALS**

WHEREAS it is alleged in this suit a fire occurred on July 14, 2018 at a personal residence located at 21065 State Highway 36W, Red Bluff, CA which was owned, rented, leased, lawfully occupied and/or lawfully possessed by Isidro Valencia at the time of the fire.

WHEREAS it is alleged in this suit that the personal residence located at 21065 State Highway 36W, Red Bluff, CA and Isidro Valencia were insured by Plaintiff, FIRE INSURANCE EXCHANGE.

WHEREAS it is alleged in this suit that FIRE INSURANCE EXCHANGE paid a significant sum of money to Isidro Valencia pursuant to the terms of a policy of insurance which was issued by FIRE INSURANCE EXCHANGE and covered the personal residence located at 21065 State Highway 36W, Red Bluff, CA (hereinafter "**Home**") and provided insurance benefits to Isidro Valencia for damage to the **Home** and personal property located in the **Home** caused by the fire on July 14, 2018.

**WHEREAS** Plaintiff, FIRE INSURANCE EXCHANGE A/S/O ISIDRO VALENCIA, and Defendant, BROAN-NUTONE, LLC, have agreed to settle this matter on the following terms: Plaintiff will dismiss its suit with prejudice in exchange for Defendant's agreement to waive costs.

## STIPULATION

Plaintiff and Defendant by and through their counsel of record stipulate to the terms and conditions on this Stipulation and jointly request that this Court enter its Order at the end of this document.

Plaintiff, FIRE INSURANCE EXCHANGE, and Defendant, BROAN-NUTONE, LLC, have agreed to settle this matter on the following terms:

Plaintiff will dismiss its suit with prejudice in exchange for Defendant's agreement to waive costs with each party to bear their own litigation fees and costs and consultant's/expert's fees and costs.

The dismissal shall be without prejudice only as to uninsured claims which Isidro Valencia may have; namely, any damage to the **Home** and damage to personal property located in, at or in the vicinity of the **Home** arising out of and caused by the fire on July 14, 2018 that were not covered by the policy of insurance issued to Isidro Valencia by Fire Insurance Exchange.

Any statute of limitation which does apply or may apply to any uninsured claim of Isidro Valencia shall begin to run on the date of the fire, July 14, 2018.

Any statute of limitation which does apply or may apply to any uninsured claim of Isidro Valencia shall begin to run on the date of the fire, July 14, 2018.

**IT IS SO STIPULATED.**

Dated: October _24_, 2019          **LAW OFFICES OF KENNETH W. TURNER**

By: __/s/ Kenneth W. Turner_____
    KENNETH W. TURNER, ESQ.
    Attorney for Plaintiff, FIRE INSURANCE EXCHANGE A/S/O/ ISIDRO VALENCIA

Dated: October _24_, 2019          **MATHENY SEARS LINKERT & JAIME, LLP**

By: __/s/ Jack A. Klauschie, Jr._____
    JACK A. KLAUSCHIE JR., ESQ.
    Attorneys for Defendant, BROAN-NUTONE, LLC, a Delaware limited liability company

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon good cause being shown as set forth in the Stipulation of counsel for Plaintiff and Defendant, the Court hereby adopts the Stipulation and IT IS HEREBY ORDERED that this suit be DISMISSED with prejudice, with each party to bear their own fees and costs. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE